Michele R. Stafford, Esq. (SBN 172509)
George R. Nemiroff, Esq. (SBN 262058)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile:   (415) 882-9287
Email: mstafford@sjlawcorp.com
Email: gnemiroff@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health And Welfare Trust Fund for Northern California, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NOR-CAL PIPELINE SERVICES, INC., a California corporation, <br><br> Defendant. | Case No.: C18-02432 JCS <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs Operating Engineers' Health And Welfare Trust Fund For Northern California, et al. voluntarily dismiss, with prejudice, this action against Defendant Nor-Cal Pipeline Services, Inc. Defendant has neither served an answer or moved for summary judgment in this action, and Plaintiffs have not previously dismissed any similar action against Defendant.

Dated:  June 12, 2018                                   SALTZMAN & JOHNSON
                                                        LAW CORPORATION

                                                        By: _____/S/_____
                                                        George R. Nemiroff
                                                        Attorneys for Plaintiffs

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C18-02432 JCS**

-2-
**PROOF OF SERVICE**
**Case No.: C**

P:\CLIENTS\OE3CL\Nor-Cal Pipeline Services\Pleadings\Word Versions\Notice of Voluntary Dismissal 061218.docx